Travis N. Barrick, # 9257
GALLIAN, WILCOX, WELKER,
OLSON & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@gwwo.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| GARY SHEPARD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHARLES HORN, et al.,<br><br>　　　　　　Defendants. | Case No.:  2:12-cv-00457-KJD-PAL<br><br>**APPLICATION FOR THE LIMITED PURPOSE TO ATTEND SETTLEMENT CONFERENCE** |

　　　Travis N. Barrick, Esq., of the law firm GALLIAN WILCOX WELKER OLSON & BECKSTROM, LC, hereby submits his Application for the Limited Purpose to Attend Inmate Early Mediation Conference.

　　　Pursuant to the Court's Order of June 28, 2102 (#10), the Court has scheduled an Inmate Early Mediation Conference for Friday, August 10, 2012, 9:00 am. Counsel for the defense is ordered to arrange for Mr. Shepard, who is incarcerated at Southern Desert Correctional Center, to appear via videoconferencing.

　　　Presently, Mr. Shepard is appearing in pro per status and Mr. Barrick is not his counsel of record in the instant matter.

　　　Mr. Shepard has communicated with Mr. Barrick regarding the nature of the pending claims in this matter (Counts 3, 4 and 6) and his belief that Mr. Barrick's physical presence with him will be of assistance in resolving the matter at the Inmate Early Mediation Conference.

- 1 -

In addition, Mr. Shepard has communicated his belief that Mr. Barrick can be of assistance in the preparation of the Confidential Mediation Statement.

Mr. Barrick has had previous dealings (i) with the Court in a similar matter that resolved successfully and (ii) with defense counsel from the Attorney General's Office in other matters.

Mr. Barrick notes that the Defendants will be represented by counsel and, in all fairness, the Mediator and Mr. Shepard would likely benefit by Mr. Barrick's limited appearance.

Mr. Barrick requests the Court's leave to appear with Mr. Shepard and to issue an Order to the Nevada Department of Corrections to allow a special visit for this limited purpose.

DATED this 6th day of July, 2012.

By: __/s/ Travis N. Barrick_____
Travis N. Barrick, # 9257
GALLIAN, WILCOX, WELKER,
OLSON & BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117

**ORDER**

**GOOD CAUSE APPEARING**, it is hereby ordered that

1. Mr. Barrick is granted leave to attend the Inmate Early Mediation Conference on behalf of Mr. Shepard; and

2. The Nevada Department of Corrections is ordered to allow Mr. Barrick a Special Visit with Mr. Shepard on Friday, August 10, 2012, 8:00 am and for as long as necessary to comply with the terms of the Inmate Early Mediation Conference.

DATED this 38ỹ day of July, 2012.

By: _____
OCI KWVC VG'EQWV'JUDGE