1
ADAM PAUL LAXALT
Nevada Attorney General
2
JARED M. FROST
Deputy Attorney General
3
Nevada Bar No. 11132
Office of the Attorney General
4
Bureau of Litigation
Public Safety Division
5
555 East Washington Avenue
Suite 3900
6
Las Vegas, Nevada  89101
Phone: (702) 486-3177
7
Facsimile: (702) 486-3773
Email:  jfrost@ag.nv.gov
8
*Attorneys for Defendants*

9

10

11

12                          **UNITED STATES DISTRICT COURT**

13                              **DISTRICT OF NEVADA**

14   GARY SHEPARD,,                          )          Case No.:  2:12-cv-00457-MMD-PAL
                                             )
15                  Plaintiff,               )
                                             )
16          v.                               )          **NOTICE OF CHANGE OF DEPUTY**
                                             )          **ATTORNEY GENERAL**
17   CHARLES HORN, *et al.*                  )
                                             )
18                  Defendants.              )
     _____  )
19

20          Defendants Kimbra Bennett, Charles Horn, and Eric Ortiz, by and through counsel, Adam

21   Paul Laxalt, Attorney General for the State of Nevada, and Jared M. Frost, Deputy Attorney

22   General, hereby notify the Court and respective parties that Deputy Attorney General Jared M.

23   Frost  has  assumed  responsibility  for  representing  the  interests  of  the  Defendants  in

24   ///

25   ///

26   ///

27   ///

28   ///

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1

**Attorney General's Office**
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1   this action. Deputy Attorney General Chaz W. Lehman is no longer associated with this case

2   and should no longer be noticed through the Court's CM/ECF system.

3          Dated this 27th day of January, 2015.

4                                              Respectfully submitted,

5                                              ADAM PAUL LAXALT
                                               Nevada Attorney General

6

7                                              By: _____

8                                                  JARED M. FROST
                                                   Deputy Attorney General

9                                                  Nevada State Bar No. 11132
                                                   *Attorneys for Defendants*

10

11

12          IT IS SO ORDERED this 28th
            day of January, 2015.

13

14

15          _____
            Peggy A. Leen

16          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th day of January, 2015, I served the foregoing **NOTICE OF CHANGE OF DEPUTY ATTORNEY GENERAL** by causing a true and correct copy thereof to be filed with the Clerk of the Court using the electronic filing system and by causing a true and correct copy thereof to be delivered to the Department of General Services, for mailing at Las Vegas, Nevada, addressed to the following:

Gary Shepard, #69636
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, Nevada  89070
*Plaintiff, pro se*

/s/   Carol A. Knight
CAROL A. KNIGHT
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

3