UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY SHEPARD,<br><br>                Plaintiff,<br><br>       v.<br><br>CHARLES HORN,  *et al.*,<br><br>                Defendants. | Case No. 2:12-cv-00457-RFB-PAL<br><br>**ORDER TO PRODUCE<br>GARY SHEPARD** |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     BRIAN E. WILLIAMS, SR., SOUTHERN DESERT CORRECTIONAL CENTER
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **GARY SHEPARD, #69636**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **GARY SHEPARD, #69636**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about **Tuesday, August 18, 2015, at the hour of 9:30 a.m.**, to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **GARY SHEPARD, #69636**, is released and discharged by the said Court; and that **GARY**

1  **SHEPARD, #69636**, shall thereafter be returned to the custody of the Warden, Southern Desert
2  Correctional Center, Indian Springs, NV, under safe and secure conduct.

4  DATED: August 10, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**