UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY SHEPARD, | Case No. 2:12-cv-00457-RFB-PAL |
| Plaintiff, | ORDER |
| v. | (Mot Vacate SC – Dkt. #58) |
| CHARLES HORN, et al., | |
| Defendants. | |

Before the court is Defendants' Motion to Vacate Settlement Conference Setting (Dkt. #58) filed October 14, 2015. The motion asks to vacate the settlement conference set December 15, 2015, because of scheduling conflicts of the individuals with full settlement authority. The motion does not address the nature of the conflict, when the conflict developed, or acknowledge that the district judge set this case for trial December 15, 2015. The December 4, 2015, date was the only date available on the court's calendar before the trial date consistent with the need to schedule inmate settlement conferences on Fridays. Absent compelling circumstances and a request made to the district judge to continue the trial date, the court will not vacate the settlement conference.

**IT IS ORDERED** that Defendants' Motion to Vacate Settlement Conference Setting (Dkt. #58) is **DENIED**.

DATED this 21st day of October, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1