UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GARY SHEPARD,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>CHARLES HORN, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:12-cv-00457-RFB-PAL<br><br>ORDER<br><br>(Mot Vacate SC – Dkt. #61)<br>(Stipulation – Dkt. #65) |

　　　　Before the court is Defendants' Renewed Motion to Vacate and Reschedule Settlement Conference Setting (Dkt. #61). In an Minute Order (Dkt. #63) entered November 12, 2015, the court set the motion for hearing on November 20, 2015, at 9:00 a.m. Also on November 12, 2015, the district judge entered an Order (Dkt. #64) granting the parties' Motion to Continue Trial (Dkt. #62) which reset trial in this matter for February 23, 2016. Subsequently thereafter, the parties filed a Stipulation (Dkt. #65) of agreed-upon dates between the parties for the continued settlement conference. As the district judge has continued the trial in this matter, and court has considered the parties' possible settlement conference dates,

　　　　**IT IS ORDERED** that:

　　　　1. The parties' Motion to Vacate and Reschedule Settlement Conference Setting (Dkt. #61) is **GRANTED**. The settlement conference currently scheduled for December 4, 2015, at 9:00 a.m. is **VACATED.**

　　　　2. The parties' Stipulation (Dkt. #65) is **GRANTED**, and the settlement conference shall be **CONTINUED** to **February 5, 2016 at 9:00 a.m.** The Attorney General's Office will make the necessary arrangements for Plaintiff to appear by video conference and will provide **Jeff Miller,** Courtroom Administrator, with the video conference reservation number and the telephone number at which the Plaintiff can be

1

      reached (via email at Jeff_Miller@nvd.uscourts.gov) at least two days prior to the early settlement conference.

3. The parties' confidential settlement conference statements shall be received in Judge Leen's Chambers, Room 3071, no later than **4:00 p.m., January 29, 2016.  DO NOT SERVE A COPY ON OPPOSING COUNSEL.  <u>DO NOT DELIVER OR MAIL COPIES TO THE CLERK'S OFFICE</u>.**

4. All other instructions within the original Order Scheduling a Settlement Conference (Dkt. #55) shall remain in effect.

5. The hearing scheduled for November 20, 2015, at 9:00 a.m., is **VACATED.**

DATED this 19th day of November, 2015.

                                                        PEGGY A. LEEN
                                                        UNITED STATES MAGISTRATE JUDGE