UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY SHEPARD,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>CHARLES HORN, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:12-cv-00457-RFB-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: February 1 and 2, 2016 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin    **RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF(S):** Travis Barrick

**COUNSEL FOR DEFENDANT(S):** Jared Frost

**PROCEEDING:**  Conference Call

　　　　February 1, 2016

　　　　A conference call was conducted commencing at 3:55 p.m. regarding Defendants' Motion to Excuse Their Personal Appearance at the Settlement Conference (Dkt. #71).

　　　　Counsel for Defendants explained that he only recently read the order which required the personal appearance of the individual defendants who live and work in northern Nevada. The State would prefer to avoid the cost of having them fly to Las Vegas for the settlement conference. Plaintiff's counsel opposed the request pointing out that the order scheduling this settlement conference and requiring the personal attendance of the individuals was entered last September. The court directed counsel for defendants to explore alternative means of having his clients participate through video conference. The conference concluded at 4:02 p.m.

　　　　**IT IS ORDERED** that a follow up phone conference is scheduled for **4:00 p.m., February 2, 2016**. Mr. Frost shall initiate the conference call to chambers.

///

///

///

1

February 2, 2016

A conference call was conducted commencing at 4:02 p.m. Counsel for Defendants reported on availability of video conference participation in Reno. The conference call concluded at 4:13 p.m.

**IT IS ORDERED** that Defendants' Motion to Excuse Their Personal Appearance at the Settlement Conference (Dkt. #71) is **GRANTED** to the extent that Defendants will not be required to travel to Las Vegas, and **DENIED** to the extent that the parties will be required to appear via video conference in Reno.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE