ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
THERESA M. HAAR
Nevada Bar No. 12158
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Email: jfrost@ag.nv.gov
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY SHEPARD,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES HORN, et al.,<br><br>　　　　　Defendants. | Case No. 2:12-cv-00457-RFB-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　It is stipulated and agreed by and between Plaintiff, Gary Shepard, by and through counsel, Travis N. Barrick, Esq., and Defendants Kimbra Bennett, Charles Horn, and Eric Ortiz, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, Jared M. Frost, Senior Deputy Attorney General, and Theresa M. Haar, Deputy Attorney General, that the

/ / /
/ / /
/ / /
/ / /
/ / /

above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED February 25, 2016.   DATED February 25, 2016.

ADAM PAUL LAXALT
Nevada Attorney General

/s/ Travis N. Barrick    By: /s/ Jared M. Frost

Travis N. Barrick, Esq.   Jared M. Frost
Gallian Welker & Beckstrom, L.C.   Senior Deputy Attorney General

*Attorney for Plaintiff*   *Attorneys for Defendants*

IT IS SO ORDERED.   DATED this 29th day of February, 2016.

RICHARD F. BOULWARE, II
United States District Judge

Office of the Attorney General
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada 89101-1068